UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10365-GAO |
| ) | |
| STEVEN P. SABLE ) | |

## GOVERNMENT'S MOTION TO UNSEAL
### INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on December 14, 2004, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jack W. Pirozzolo
Assistant U.S. Attorney

Date: December 14, 2004