UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN P. SABLE, | ) | CRIMINAL NO. 04-10365-GAO |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE DELAY**

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

February 16, 2005 (the date through which the court has previously excluded) through March 30, 2005 (the date the parties seek for an initial status conference).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A).  The defendant has requested additional time to review documents in connection with preparing his defense.  The defendant has assented to the exclusion of this time under the Speedy Trial Act.  A form order is attached at Tab A.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

        **/s/ Jack W. Pirozzolo**
        Jack W. Pirozzolo
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1 Courthouse Way
        Boston, MA 02210

Date: March 4, 2005

## CERTIFICATE OF CONFERENCE

I, Jack W. Pirozzolo, hereby certify that on March 2, 2005, I conferred with Elliot Weinstein, counsel for defendant Steven Sable, who stated that he assents to the motion.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on March 4, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN P. SABLE, ) | CRIMINAL NO. 04-10365-GAO |
| ) | |
| Defendant. ) | |

## **ORDER**

    The United States' Assented-To Motion For Excludable Delay is GRANTED.  For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from February 16, 2005 through March 30, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

                                                                              _____
                                                                              Hon. Joyce London Alexander
                                                                              U.S. Magistrate Judge

Dated: March \_\_\_, 2005.