UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO CONTINUE INITIAL STATUS CONFERENCE

Defendant Steven P. Sable, by his attorney, moves that this Court continue the initial status conference scheduled for March 10, 2005 for the reason that defense counsel is engaged in the first degree murder trial of *Commonwealth v. Vasquez, et al*. The *Vasquez* trial is project to conclude during the week of March 28, 2005.

STEVEN P. SABLE
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334