UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,           )
                                    )
          v.                        )
                                    )
STEVEN P. SABLE,                    )          CRIMINAL NO. 04-10365-GAO
                                    )
          Defendant.                )
_____)

## ASSENTED-TO MOTION  FOR EXCLUDABLE DELAY

The United States files this assented-to motion requesting the Court to exclude the

following period of time under the Speedy Trial Act:

        March 30, 2005 (the date through which the court has previously excluded)
        through April 5, 2005 (the date the court has set for an initial status conference).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A).  The defendant has requested

additional time to review documents in connection with preparing his defense.  The defendant

has assented to the exclusion of this time under the Speedy Trial Act.  A form order is attached at

Tab A.

                              Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney


                               **/s/ Jack W. Pirozzolo**
                               Jack W. Pirozzolo
                               Assistant U.S. Attorney
                               U.S. Attorney's Office
                               1 Courthouse Way
                               Boston, MA 02210

Date: March 17, 2005

## **CERTIFICATE OF CONFERENCE**

I, Jack W. Pirozzolo, hereby certify that on March 17, 2005, I conferred with Elliot Weinstein, counsel for defendant Steven Sable, who stated that he assents to the motion.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on March 17, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

2

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,          )
                                   )
        v.                         )
                                   )
                                   )
STEVEN P. SABLE,                   )          CRIMINAL NO. 04-10365-GAO
                                   )
        Defendant.                 )
_____)

**ORDER**

The United States' Assented-To Motion For Excludable Delay is GRANTED.  For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from March 30, 2005 through April 5, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

_____
Hon. Joyce London Alexander
U.S. Magistrate Judge

Dated: March ___, 2005.