UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                              04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO CONTINUE INITIAL STATUS CONFERENCE

Defendant Steven P. Sable, by his attorney, moves that this Court continue the initial status conference scheduled for April 5, 2005 for the reason that defense counsel is engaged in the first degree murder trial of *Commonwealth v. Vasquez, et al*. The *Vasquez* trial is now projected to conclude no earlier than April 15, 2005. If the trial concludes on April 15, defense counsel will be in the Federal Courthouse on April 19 and thus requests that, if possible, the initial status conference be set for that date. Defense counsel will be unavailable on April 21 and 22, 2005.

                                        STEVEN P. SABLE
                                        By his attorney,

                                        /s/ Elliot M. Weinstein
                                        Elliot M. Weinstein
                                        BBO #520400
                                        228 Lewis Wharf
                                        Boston, MA 02110
                                        617-367-9334

April 3, 2005