UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                            04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION FOR COURT ORDERED TRANSFER TO FEDERAL MEDICAL CENTER

      Defendant Steven P. Sable, by his attorney, moves that this Court order that the United States Marshal transfer him from his current place of pre-trial detention at Plymouth County Correctional Facility to the Federal Medical Center at Devens.

      Defense counsel is informed that Mr. Sable requires specialized medical treatment including dialysis to treat a kidney or other renal conditions that cannot be properly treated at PCCF. Further, defense counsel has been informed that upon motion to this Court, the U.S. Marshal will be able to arrange and secure Mr. Sable's transfer to FMC, Devens where he will be able to receive the proper medical care and treatment.

      STEVEN P. SABLE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

April 4, 2005