UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN P. SABLE,<br>        Defendant. | CRIMINAL NO. 04-10365-GAO |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR COURT ORDERED TRANSFER TO FEDERAL MEDICAL CENTER**

The United States hereby responds to Defendant Steven P. Sable's (the "Defendant") Motion For Court Ordered Transfer To Federal Medical Center. In that motion, the Defendant states that defense counsel has been informed that the Defendant needs "specialized medical treatment including dialysis to treat a kidney or other renal conditions that cannot properly be treated at PCCF" and requests a transfer to the Federal Medical Facility at Devens. Unfortunately, the United States must oppose the Defendant's request for a transfer to Devens at this time.

The United States has inquired of the Bureau of Prisons ("BOP") to determine whether it could accommodate a dialysis patient at Devens at this time. The BOP has informed the United States that, at this time, the BOP has a waiting list for dialysis patients and that there are now "two current emergency dialysis requests which are pending review." See letter from Patrick Ward, Attorney-Advisor, Federal Bureau of Prisons to Jack W. Pirozzolo Dated April 5, 2005 ("BOP Letter"), attached at Tab A. The BOP Letter further states that Devens cannot accommodate an additional dialysis patient "based on the current situation." See BOP Letter.

In addition, based on the information the United States currently has, it does not appear to be the case that the Defendant cannot be properly treated while in the custody of the PCCF. The United States understands from the Marshals that the Defendant is currently receiving dialysis treatment as prescribed by a PCCF physician. As the BOP Letter suggests, perhaps the most practical solution is for the Marshals to process a request for Medical Designation and a transfer through the BOP Community Correction Manager's Office in Boston, Massachusetts. This may also put the Defendant in a position for placement in Devens should the current situation change.

        MICHAEL J. SULLIVAN
        United States Attorney

        **/s/ Jack W. Pirozzolo**
        Jack W. Pirozzolo
        Assistant U.S. Attorney
        U.S. Attorney's Office
        U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA 02210

Date: April 5, 2005

**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on April 5, 2005, I served a copy of the foregoing by electronic filing on counsel for the defendant.

        **/s/ Jack W. Pirozzolo**
        Jack W. Pirozzolo



# U. S. Department of Justice
## Federal Bureau of Prisons
## Consolidated Legal Center-Devens

P.O. Box 880
Ayer, MA 01432

Jack Pirozzolo
Assistant U.S. Attorney
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dear Mr. Pirozzolo:

I write in response to our telephone conversations this morning concerning the transfer, or potential designation, of a pre-trial Marshals inmate to the custody of the Bureau of Prisons due to his medical condition, which requires dialysis treatment. Based upon the information I have received through the staff at the Federal Medical Center in Devens, FMC Devens can not accommodate this request for this inmate at this time.

The dialysis unit at FMC Devens is one of only two in the BOP and is currently backed up with a waiting list of already designated BOP inmates. Additionally, there are two current emergency dialysis requests which are pending review through our Central Office of Medical Designations. I was advised this morning from our Hospital Admissions Officer that, based on this current situation, Devens can not accommodate this inmate.

The most practical resolution for the transfer of this pre-trial inmate is for the U.S. Marshals to process their request for Medical Designation and transfer through the BOP Community Corrections Manager's Office in Boston. In support of their request, the Marshals set forth the difficulty in providing medical care for the pre-trial detainee in their custody. The Bureau works with the Marshals on such requests on a frequent basis. Once the request is made through the Boston office, the formal review of the inmate's condition and needs is completed through the BOP Central Office of Medical Designations. This is the appropriate procedure for the Marshals to transfer a pre-trial inmate into our custody for medical reasons.

Please feel free to contact me with any additional questions or concerns on this matter.

Sincerely,

Patrick Ward
Patrick Ward
Attorney Advisor