UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.     04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S EMERGENCY MOTION FOR REVIEW OF ORDER OF DETENTION AND
TO ESTABLISH CONDITIONS OF RELEASE

Defendant Steven P. Sable, by his attorney, moves that this Court review the order of detention of the Central District of California and thereafter establish conditions of pre-trial release.

Defendant's counsel is informed by the United States Marshal's office that Mr. Sable now requires dialysis treatment three times per week for a period of approximately four hours; that such treatment cannot be provided at Plymouth County Correctional Facility (the place of current pretrial detention); the PCCF personnel must transport Mr. Sable from the facility to an area hospital at special expense and manpower assignment; that there is no detention facility in the region which can provide the required dialysis treatment.

Mr. Sable's medical condition only arose after his detention at PCCF and may have been caused by inadequate and/or improper medical treatment at PCCF.

Defense counsel has previously filed an emergency motion for transfer to FMC, Devens which was opposed by the government after government counsel communicated directly with FMC, Devens.

Defense counsel conferred, prior to filing this motion, with the United States Marshal's office and is informed that unless the Court orders transfer to Devens, even the process of being placed on a waiting list for dialysis treatment at FMC, Devens will not result.

Whatever arguments the government previously presented for pretrial detention must now be secondary to Mr. Sable receiving proper and necessary medical treatment. A man requiring dialysis treatment three times per week does not present a risk of flight or danger to the safety of the community that cannot be properly assured by establishing conditions of pretrial release.

        STEVEN P. SABLE
        By his attorney,

        /s/ Elliot M. Weinstein
        Elliot M. Weinstein
        BBO #520400
        228 Lewis Wharf
        Boston, MA 02110
        617-367-9334

April 8, 2005