UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10365-GAO |
| ) | |
| STEVEN P. SABLE, ) | |
|     Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY
MOTION FOR REVIEW OF ORDER
OF DETENTION AND TO ESTABLISH CONDITIONS OF RELEASE**

The United States hereby responds to Defendant Steven P. Sable's (the "Defendant") Emergency Motion for Review of Order of Detention and to Establish Conditions of Release. In the motion, the Defendant requests that the order of detention be reviewed and conditions of pretrial release be set. The United States responds as follows:

- To the extent the Defendant's motion suggests that the Defendant is not getting proper medical care, it is incorrect. As the Defendant recognizes in the motions, the Defendant is currently receiving the prescribed dialysis treatment.

- The Defendant has not provided to the United States information (other than the motions) regarding Defendant's medical conditions and needs (or that they are not being met). The United States requests such information be provided.

- The basis for the motion appears to rest upon the expense and burden placed on the Marshals and the Plymouth County Correctional Facility ("PCCF"). The United States does not oppose an order issued by the Court ordering a medical designation to a Bureau of Prison ("BOP") facility. (It does oppose an order directing him to a particular facility.) Once the medical designation process is underway, the BOP can assess the Defendant's needs and make an appropriate designation to a facility that can meet the Defendant's needs. The United States agrees that the process should begin immediately and, to the extent an Order for Medical Designation to a BOP Facility will facilitate that process, agrees that an order should issue forthwith.

- The United States is not in a position to address the Defendant's request for release conditions because the Defendant has not proposed any. The United States requests an opportunity to discuss this matter with Defendant's counsel to determine what conditions Defendant is proposing. The United States has attempted to confer with Defendant's counsel, but has been unable to do so.

- With respect to pre-trial release, the United States notes that the Defendant currently has no ties to the community (he was arrested living in California) and the United States has significant concerns that he will not appear as required.

Finally, the United States requests an opportunity to confer with defense counsel before the Court hears this matter.

MICHAEL J. SULLIVAN<br>
United States Attorney<br>
<br>
**/s/ Jack W. Pirozzolo**<br>
Jack W. Pirozzolo<br>
Assistant U.S. Attorney<br>
U.S. Attorney's Office<br>
U.S. Courthouse, Suite 9200<br>
1 Courthouse Way<br>
Boston, MA 02210

Date: April 7, 2005

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on April 7, 2005, I served a copy of the foregoing by electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**<br>
Jack W. Pirozzolo