UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 04-10365-GAO |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| STEVEN P. SABLE, | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## MOTION FOR EXCLUDABLE DELAY

The United States files this motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

March 30, 2005 (the date through which the court has previously excluded) through April 19, 2005 (the date the court has set for an initial status conference).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with preparing his defense and because of defendant's counsel's engagement in a trial. A form order is attached at Tab A.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210

Date: April 8, 2005

## CERTIFICATE OF SERVICE

    I, Jack W. Pirozzolo, hereby certify that on April 8, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                            **/s/ Jack W. Pirozzolo**
                                            Jack W. Pirozzolo

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 04-10365-GAO |
| v. | ) | |
| STEVEN P. SABLE, | ) | |
| Defendant. | ) | |

## ORDER

The United States' Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from March 30, 2005 through April 19, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

_____
Honorable. Joyce London Alexander
U.S. Magistrate Judge

Dated: April ___, 2005