UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
              Plaintiff

           v.                   Case Number: 04-10365-GAO

Steven Sable
              Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

    The above captioned case, previously referred to Magistrate Judge Lawrence P. Cohen is now referred to Magistrate Judge Leo T. Sorokin upon his appointment to the bench of this Court.

    All inquiries regarding matters before Magistrate Judge Sorokin should be directed to Maria Simeone at 617-748-4231.

                                           /s/ *Charles B. Swartwood III*
                                         Chief Magistrate Judge