UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                                  04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO RESCHEDULE HEARING

Defendant Steven P. Sable, by his attorney, moves that this Court reschedule the hearing now set for Friday, April 15, 2005 at 10:30 a.m. to the afternoon.

Defense counsel is on trial in the first degree murder case of Commonwealth v. Vasquez, et al., in Suffolk Superior Court; the Vasquez trial will suspend at 1 pm on Friday, April 15 and resume on Tuesday, April 19. Accordingly, counsel can be present in this court on the afternoon of April 15.

STEVEN P. SABLE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

April 12, 2005