UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN P. SABLE,<br>      Defendant. | CRIMINAL NO. 04-10365-GAO |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S AMENDED EMERGENCY
MOTION FOR REVIEW OF ORDER
OF DETENTION AND TO ESTABLISH CONDITIONS OF RELEASE**

The United States hereby responds to Defendant Steven P. Sable's (the "Defendant") Amended Emergency Motion for Review of Order of Detention and to Establish Conditions of Release. The United States was notified this morning that the Court wished to have a teleconference hearing at 2:00 p.m. this afternoon because of the emergency nature of the request.

In the Defendant's most recent filing, he reverses the position he presented to the Court in his first two emergency filings. In the first two motions, the Defendant claimed that an emergency medical situation existed that required immediate attention and transfer to a BOP medical facility because, the Defendant claimed, he was receiving improper medical attention while in custody at the PCCF. In its response to the Defendant's second emergency motion for a transfer, the United States agreed that an order for medical designation to a BOP facility "should issue forthwith."

Once the government agreed to have the medical designation process begin immediately, however, the Defendant reversed his position. He now says he does not want a medical

designation to a BOP facility and instead prefers the care he is receiving while in the custody of the Marshals and the PCCF.  Consequently, this is no longer an emergency matter and is, instead, a motion to revoke the detention.  Because the Defendant has said he is comfortable with the medical care he is receiving, it is appropriate to proceed on the Defendant's request for release in a more orderly fashion.  In addition, aside from the general assertions set forth in the Defendant's various motions, the Defendant has not supplied the United States with any information on the Defendant's medical condition and needs.  As a result, the United States is not in a position to evaluate the Defendant's claims that his medical condition requires either his release or his continued custody in PCCF.  The United States requests that the court withhold ruling on the motion until the United States is given an opportunity to evaluate the Defendant's medical situation and a fuller hearing can occur on the motion.

        MICHAEL J. SULLIVAN
        United States Attorney

        **/s/ Jack W. Pirozzolo**
        Jack W. Pirozzolo
        Assistant U.S. Attorney
        U.S. Attorney's Office
        U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA 02210

Date: April 14, 2005

## **CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on April 14, 2005, I served a copy of the foregoing by electronic filing on counsel for the defendant.

                                                      **/s/ Jack W. Pirozzolo**
                                                      Jack W. Pirozzolo