UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant Steven P. Sable, by his attorney, moves that this Court reschedule the initial status conference to April 26 or April 27, 2005.

Defense counsel is now engaged in the 7th week of the first degree murder trial of *Commonwealth v. Vasquez, et al.* in Suffolk Superior Court; the trial day begins at 9:00 am and ends after 4:30 pm. It is expected that jury deliberations will begin on Thursday, April 21. Defense counsel surmises that the jury will reach a verdict on or before April 25, and thus will be available to attend a status conference on April 26 or April 27. Counsel must be out of state on April 28.

STEVEN P. SABLE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

April 20, 2005