UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10365-GAO

UNITED STATES

V.

STEVEN P. SABLE

**ORDER ON**

**DEFENDANT'S EMERGENCY MOTION FOR
REVIEW OF ORDER OF DETENTION AND
TO ESTABLISH CONDITIONS OF RELEASE
(Docket # 22)**

**and**

**DEFENDANT'S AMENDED EMERGENCY MOTION
FOR REVIEW OF ORDER OF DETENTION AND
TO ESTABLISH CONDITIONS OF RELEASE
(Docket # 25)**

ALEXANDER, M.J.

The defendant in this case, Steven P. Sable, has moved for review of an order of detention issued by the Central District of California. After Mr. Sable's arrest and detention in California, he was removed to Massachusetts, in January 2005, and is currently being detained at the Plymouth County Correctional Facility

("Plymouth").  The case was assigned to Magistrate Judge Cohen, and upon his retirement, to this Court for the purposes of handling emergency matters only pending the appointment of Magistrate Judge Leo Sorokin.

Mr. Sable first filed a Motion for Court Ordered Transfer to Federal Medical Center ("motion to transfer") (docket # 20) on April 4, 2005.  Then, on April 8, 2005, Mr. Sable filed an Emergency Motion for Review of Order of Detention and to Establish Conditions of Release (docket # 22).  Two days later, on April 10, 2005, Mr. Sable filed an Amended Emergency Motion for Review of Order of Detention and to Establish Conditions of Release (docket # 25).  The government responded in writing to all three motions, and on April 14, 2005, this Court held a hearing on the motions.  Defense counsel, unable to appear in person, appeared by telephone.  Counsel for the government was present in the courtroom.

Mr. Sable initially sought to be transferred from Plymouth to the Federal Medical Center at Devens on the basis that he requires dialysis to treat a kidney condition related to diabetes.  During the telephonic hearing, however, defense counsel withdrew the motion to transfer, and stated that Mr. Sable was satisfied with his medical care.  Defense counsel continued to press only the request that the Court reconsider Mr. Sable's detention.

Mr. Sable's motion for a review of his detention is based in small part on his assertions that his medical condition has changed for the worse since the commencement of his detention. Mr. Sable asserts that at the time his detention commenced he had heart disease and diabetes for which he was taking medication. Mr. Sable did not, apparently, previously require dialysis. In large part, however, the basis for Mr. Sable's motion is his averment that he no longer poses a risk of flight because of his current medical condition, and he asks the Court to release him to go to California to live with his wife. According to the government, however, Mr. Sable and his wife are now estranged. Furthermore, the Court has received no direct evidence that Mr. Sable's medical needs are not being satisfactorily met at Plymouth.

The Central District of California detained Mr. Sable, to be removed to Massachusetts, and Magistrate Judge Cohen did not see fit to disturb that order in January. No motion to do so, nor any appeal of the order, was ever filed until now. Not a modicum of evidence has been presented to this Court that compels the Court to release Mr. Sable. Accordingly, Mr. Sable's detention is continued, and the case is hereby returned to Magistrate Judge Sorokin for an initial status conference that should take place as soon as possible.

SO ORDERED.

<u>4/19/05</u>                                              <u>/S/ Joyce London Alexander</u>
Date                                                United States Magistrate Judge