UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10365-GAO

UNITED STATES OF AMERICA

v.

STEVEN P. SABLE

ORDER AND INTERIM STATUS REPORT

April 26, 2005

SOROKIN, M.J.

    An Interim Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders.

    1. The parties are engaged in informal discovery. The Government has already produced automatic discovery. Defendant requires additional time to review the documents it has and those it will be receiving.

    2. A date for expert disclosure is premature at this time. Counsel agreed to defer setting a date for expert disclosures until the Second Interim Status Conference.

    3. Defendant anticipates possibly filing motion(s) to suppress. A date for filing will be established at or after the next conference.

    4. Insofar as today's conference was an Initial Status Conference, the other matters set forth for discussion in Local Rule 116.5(A)((1), (2), (3) have been deferred pending counsel's further review of the discovery. This case does not involve unusual or complex issues by reason of which an early joint conference of the District Judge and Magistrate Judge will all attorneys would be useful. Nothing about this case deserves special attention or modification of the standard schedule except as set forth in this report and any other decisions or orders of the Court..

    5. The parties agreed to exclude the time from today's conference through and including the next conference on June 7, 2005. The Government will prepare and file a joint motion identifying all of the time previously excluded as well as the additional periods of the time the parties have agreed to exclude.

    /s/ Leo T. Sorokin
    LEO T. SOROKIN
    United States Magistrate Judge

Q:\2005Criminal\04cr10374 Sable Interim.wpd

Case 1:04-cr-10365-GAO   Document 32   Filed 04/26/2005   Page 2 of 2