UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 04-10365-GAO |
| v. ) |  |
| STEVEN P. SABLE, ) |  |
| Defendant. ) |  |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion for excludable delay under Speedy Trial Act. To date, the following periods of time have been excluded by order of this Court:

- January 19, 2005 (date of arraignment) through February 16, 2005 (28 days from arraignment).

- February 16, 2005 through March 30, 2005 (initial status conference date).

- March 30, 2005 through April 19, 2005 (rescheduled initial status conference date).

The United States moves that the following periods be excluded:

- April 19, 2005 through April 26, 2005 (date of rescheduled initial status conference).

- April 26, 2005 through June 7, 2005 (date of interim status conference).

These periods are excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested

additional time to review documents in connection with preparing his defense. A form order is attached at Tab A.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210

Assented to:
STEVEN P. SABLE
Defendant

**/s/ Elliot M. Weinstein**
Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110
Counsel for Steven P. Sable


Date: April 29, 2005

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on April 29, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 04-10365-GAO |
| v. | ) | |
| STEVEN P. SABLE,<br>      Defendant. | ) | |

## ORDER

The United States' Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the following time periods outweigh the best interests of the public and the defendant in a speedy trial:

- April 19, 2005 through April 26, 2005 (the date of the rescheduled initial status conference), and

- April 26, 2005 through June 7, 2005 (the date of interim status conference).
- 

 

                                                                                         HONORABLE LEO T. SOROKIN
                                                                                         U.S. Magistrate Judge

Dated:  May ___, 2005