UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10365-GAO

UNITED STATES OF AMERICA

v.

STEVEN P. SABLE

ORDER AND SECOND INTERIM STATUS REPORT

June 7, 2005

SOROKIN, M.J.

      A Second Interim Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5.  Based on that Conference the Court enters the following report and orders.

      1.  The parties are engaged in informal discovery.  The Government has already produced automatic discovery.  Because of the volume of documents in this case (more than ten boxes), Defendant requires additional time to review the documents it has and those available to him that remain in the possession of the Government.

      2.  Defendant has, to date, not requested expert disclosure though he has indicated he may do so after completing his review of the discovery.  In any event, the Government has indicated it does not intend to offer expert testimony.

      3.  Whether defendant files a discovery motion or a requiring resolution by the District Judge is not known at this time because defendant has not completed his review of the discovery in this case.

      4.  The Government does not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

      5.   A third Interm Status Conference, at defendant's request and with the consent of the Government, has been set for **September 13, 2005 at 4:00 p.m**.  The three month period is designed to allow defendant to obtain the assistance of an investigator pursuant to a pending motion for funds under the Criminal Justice Act to speed his review of the discovery.

      6.  The parties agree, and the Court finds, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e to afford the Defendant ample opportunity to review the voluminous discovery in this case and to investigate possible defenses, outweighs the bests interests of the public and the Defendant for a trial within seventy days of the return of the Indictment.   Accordingly, the Court <u>ORDERS</u> that the time from June 7, 2005

through and including September 13, 2005 is excluded under the Speedy Trial Act.
`

                                                /s/ Leo T. Sorokin
                                                LEO T. SOROKIN
                                                United States Magistrate Judge

Q:\2004Criminal\04cr10374 Sable Interim #2.wpd