UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10365-GAO

UNITED STATES OF AMERICA

v.

STEVEN P. SABLE,
Defendant

ORDER
June 9, 2005

O'TOOLE, D.J.

The defendant's motion to revoke the order of detention is DENIED. I am not persuaded that reasonable conditions of release could be imposed that would satisfactorily assure the defendant's reappearance, in light of, among other things, the defendant's lack of community ties, family stability, and employment; his record of prior criminal offenses; his history of not properly reporting to his probation officer; and his inability to post a bond sufficient to assure reappearance.

However, given the defendant's medical condition, which is imposing an obvious substantial burden on the defendant, the United States Marshals Service, and the facility where he is being held, the Bureau of Prisons is ordered to designate and transfer the defendant to an appropriate federal medical facility that can more effectively and efficiently provide the medical care he requires. The designation and transfer should occur as quickly as is reasonably possible, with due regard for the defendant's medical needs prior to and during the transfer.

It is SO ORDERED.

| | |
|---|---|
| June 9, 2005 | \s\ George A. O'Toole, Jr. |
| DATE | DISTRICT JUDGE |