UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO RECONSIDER DENIAL OF MOTION TO REVOKE ORDER OF DETENTION

    Defendant Steven P. Sable, by his attorney, moves that this Court reconsider is decision denying defendant's Motion To Revoke Order Of Detention.

    As set forth in prior pleadings, Mr. Sable was initially detained by a Magistrate Judge in the Central District of California following his arrest, at his residence, in Huntington Beach, California. The sole basis for detention was the Magistrate Judge's conclusion that Mr. Sable was a flight risk for whom conditions of release could not be set.

    This Court reviewed that order and similarly concluded that it would not set conditions of release.

    This motion is submitted to address the reasons stated by the Court and seek reconsideration of the Court's order.

    The defendant does not have traditional ties to the community in the District of Massachusetts. The defendant does have substantial traditional ties to the community he was residing in and to his wife with whom he has been married for more than thirty seven years and with whom he was residing at the time of his arrest.

    At the time of arrest, Mr. Sable had been residing for more than two years at a residence motel in Huntington Beach, California. At all times he resided there with his wife, Nancy.

Nancy Sable has confirmed this information in her affidavit dated May 4, 2005, exhibit 3 to prior motion. Mrs. Sable now has an apartment at 17172 Bolsa Chica Street, Huntington Beach, California. The government countered this affidavit with an FBI 302 report of a December 7, 2004 interview of Mike Takesuye, Mr. Sable's state probation officer. As related in the 302, Takesuye states that Mr. Sable is separated from his wife and living alone. Nancy Sable testified at the California detention hearing that she was not separated from her husband, and had never been separated from her husband. Consistent with her testimony, she was home with Mr. Sable when he was arrested on December 14, 2005.

It is noteworthy that Takesuye related in the FBI 302 that Mr. Sable exaggerates his medical condition. The Court is now sufficiently informed that Mr. Sable has sustained kidney failure since the time of his detention here in Massachusetts and now requires life sustaining dialysis treatment not less than three times per week. This is no exaggeration.

Mr. Sable requests that this Court reconsider the information previously presented, and the supplemental information in this motion. Mr. Sable requests that this Court either set conditions of release, or alternatively, conduct a full evidentiary hearing to satisfy itself that under his present circumstances he does not present a risk of flight.

                STEVEN P. SABLE
                By his attorney,

June 29, 2005

                /s/ Elliot M. Weinstein
                Elliot M. Weinstein
                BBO #520400
                228 Lewis Wharf
                Boston, MA 02110
                617-367-9334