UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
1:04-10365GAO

UNITED STATES OF AMERICA
Plaintiff

V.

STEVEN SABLE
Defendant

## ORDER APPOINTING FEDERAL DEFENDER

SOROKIN, M.J.

By Order of the Court, the Federal Defenders Office is hereby appointed to assist in the defense of the above named defendant.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE