UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN P. SABLE, | )   CRIMINAL NO. 04-10365-GAO |
| | ) |
| Defendant. | ) |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion for excludable delay under Speedy Trial Act. To date, the following periods of time have been excluded by order of this Court:

- January 19, 2005 (date of arraignment) through February 16, 2005 (28 days from arraignment).

- February 16, 2005 through March 30, 2005 (initial status conference date).

- March 30, 2005 through April 19, 2005 (rescheduled initial status conference date).

- April 19, 2005 through April 26, 2005 (date of rescheduled initial status conference).

- April 26, 2005 through June 7, 2005 (date of interim status conference).

- June 7, 2005 through September 13, 2005 (date of further interim status conference).

The United States moves to have the following period of time excluded:

September 13, 2005 through September 27, 2005 (the date of the further interim status conference).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with preparing his defense and to assess continued representation by his curent attorney. A form order is attached at Tab A.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                          **/s/ Jack W. Pirozzolo**
                                          Jack W. Pirozzolo
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          1 Courthouse Way
                                          Boston, MA 02210

Assented to:
STEVEN P. SABLE
Defendant

**/s/ Elliot M. Weinstein**
Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110
Counsel for Steven P. Sable


Date: September 20, 2005


## CERTIFICATE OF SERVICE

    I, Jack W. Pirozzolo, hereby certify that on September 20, 2005, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                          **/s/ Jack W. Pirozzolo**
                                          Jack W. Pirozzolo

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA,       )
                                )
    v.                          )
                                )
                                )
STEVEN P. SABLE,                )    CRIMINAL NO. 04-10365-GAO
                                )
        Defendant.              )
_____)

**ORDER**

      The United States' Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the following time periods outweigh the best interests of the public and the defendant in a speedy trial:

      September 13, 2005 through September 27, 2005.

 

_____
Hon. Leo T. Sorokin
U.S. Magistrate Judge

Dated: September ___, 2005.