UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10365-GAO |
| ) | |
| STEVEN SABLE ) | |

DEFENDANT'S MOTION TO REOPEN DETENTION
HEARING AND SET CONDITIONS OF RELEASE

Defendant, Steven Sable, hereby moves that this court reopen the detention hearing in this matter and set conditions of release.

As grounds for this motion, defendant submits as follows:

1. Mr. Sable suffers from diabetes, end stage renal disease, and heart diseas. Mr. Sable's medical condition has seriously deteriorated since his earlier motion to revoke the detention order was denied, resulting in two separate in-patient hospitalizations – one for seven days – to treat a recurring infection. This infection, for which he now is undergoing daily treatment, apparently resulted from infection at the site of a catheter implanted in his chest. The catheter is used during Mr. Sable's dialysis treatment.

It appears that the infection resulted from unsanitary conditions at the Plymouth County Correctional Facility.

2. Although the Bureau of Prisons has placed Mr. Sable on its waiting list for a transfer to a facility that could provide him with needed dialysis, BOP officials have informed undersigned

counsel that Mr. Sable is 18th on the waiting list, and likely is "months" away from being moved.  More than three months already have passed since Judge O'Toole ordered Mr. Sable's transfer.

   BOP officials also told undersigned counsel that additional information regarding Mr. Sable's condition is unlikely to cause him to be moved higher up the list.

   3.  Mr. Sable has lost approximately 70 pounds since his incarceration.

   4.  The medical costs incurred by the U.S. Marshal Service continue to mount, totaling as much as $26,000 in one month alone.

   5.  While incarcerated at Plymouth County Correctional Facility, Mr. Sable's blood sugar has not been consistently monitored.  This likely caused an erroneous prescription of medication that left Mr. Sable unconscious, in diabetic shock.

REQUEST FOR HEARING

   Defendant requests a hearing on this motion.

> STEVEN SABLE
> By his attorney,
>
> /s/ Miriam Conrad
>
> Miriam Conrad
>    B.B.O. #550223
> Federal Defender Office
> 408 Atlantic Ave., 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

September 26, 2005