UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,    )

v.       )

STEVEN P. SABLE,    )      CRIMINAL NO. 04-10365-GAO

    Defendant.    )
_____)

## UNITED STATES' SUBMISSION OF
## PRIOR DETENTION RELATED FILINGS

As requested by the Court on September 27, 2005, the United States submits the

following list of docketed items relevant to the prior considerations of the Defendant's medical

condition and requests for release:

| Docket No.: | Description |
|---|---|
| 20. | Defendant's Motion for Court Ordered Transfer to Federal Medical Center (Dated: 4/4/05). |
| 21. | Government's Response to Defendant's Motion for Court Ordered Transfer to Federal Medical Center (Dated: 4/5/05). |
| 22. | Defendant's Emergency Motion for Review of Order of Detention and to Establish Conditions of Release (Dated: 4/8/05). |
| 23. | Government's Response to Defendant's Emergency Motion for Review of Order of Detention and to Establish Conditions of Release (Dated: 4/8/05). |
| 25. | Defendant's Amended Emergency Motion for Review of Order of Detention and to Establish Conditions of Release (Dated 4/10/05). |
| 28. | Government's Response to Defendant's Amended Emergency Motion for Review of Order of Detention and to Establish Conditions of Release (Dated: 4/14/05). |
| 30. | Court Order on Defendant's Emergency Motion for Review of |

Order of Detention/Defendant's Amended Emergency Motion for Review of Order of Detention (Dated: 4/19/05).

34.        Motion to Revoke Order of Detention (Dated 5/9/05).

35.        Government's Response to Defendant's Motion to Revoke Detention (Dated: 5/23/05).

38.        Order on Defendant's Motion to Revoke Detention (Dated: 6/9/05).

39.        Defendant's Motion to Reconsider Denial of Motion to Revoke Order of Detention.

The docket also reflects an endorsed order denying the Defendant's Motion to

Reconsider Denial of Motion to Revoke order of Detention.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210

Date: September 28, 2005

**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on September 28, 2005, I served a copy of the foregoing filing via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo