FEDERAL DEFENDER OFFICE
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-80
FAX: 617-223-80

September 28, 2005

<u>Filed Electronically</u>

Hon. Leo T. Sorokin
U.S. Magistrate-Judge
c/o Maria Simeone
Deputy Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

    Re: United States v. Steven P. Sable
        <u>Criminal No. 04-10365-GAO</u>

Dear Judge Sorokin:

    I write in response to AUSA Pirozzolo's submission, by e-mail to Ms. Simeone, of a proposed order requiring various health care professionals to provide him with copies of their records regarding Mr. Sable. The email was the first that I learned of this request.

    It is my view that this order is unnecessary at the present time, since I have provided Mr. Pirozzolo with copies of all medical records in my possession and have promised to provide him with copies of records that I am awaiting from Jordan Hospital. I also have sent Mr. Sable a release, prepared by Mr. Pirozzolo, for him to sign, and which he has agreed to sign. I attempted to have Mr. Sable sign the release immediately after court, but was unable to see him because he was being prepared for the trip to Plymouth. I sent the release form to him by Federal Express and anticipate its prompt return.

    My understanding after the hearing earlier this week was that Mr. Pirozzolo would seek a court order if the Marshals refused to provide him with their records regarding Mr. Sable. I do not know whether Mr. Pirozzolo has attempted to obtain the records from the Marshals.

To the extent that the Court determines that the requested order is necessary, I respectfully request that the order require disclosure of the records to myself and Mr. Weinstein, as well as Mr. Pirozzolo, so that both parties have access to the same records.

Sincerely,

Miriam Conrad

MC:lhd

cc: AUSA Jack Pirozzolo
    Elliott Weinstein, Esq.