

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

September 29, 2005

**Filed Electronically**
Hon. Leo T. Sorokin
U.S. Magistrate Judge
U.S. District Court
Boston, MA 02210

    Re:  United States v. Steven P. Sable
         Criminal No. 04-10365-GAO

Dear Judge Sorokin:

    This is a brief response to the letter from Ms. Conrad filed earlier today.

    My request for the order was made after I spoke with Paul Dunne of the U.S. Marshals, who informed me (1) that the Marshals do not have Mr. Sable's medical records from either Plymouth County Correctional Facility (PCCF) or for the Jordan Hospital and (2) that I needed to make my request to PCCF.  When I contacted PCCF, I was informed that I could not get the records absent a court order.  Also, as Ms. Conrad alludes to in her letter, through no fault of her own, the requested medical release was not signed after the hearing on Tuesday and, to date, the United States has not received any release.

    Today, following a series of conversations with Ms. Conrad, I spoke further with PCCF about the medical records.  Without disclosing the contents of the records, PCCF informed me that PCCF has supplied Ms. Conrad all medical records regarding Mr. Sable at PCCF.  Ms. Conrad has represented to me that she has provided all of those records to me.  Accordingly, as to the PCCF records, there is no need for an order at this time.

    Ms. Conrad has also informed me that, as to the records from Jordan Hospital, she had not received them, but is expecting them tomorrow.  She has said she will supply all records she receives from Jordan Hospital to me.  Accordingly, unless there is some

unanticipated delay or omission from the records on the part of Jordan Hospital, an order at this time is premature. Should there be a delay, however, the United States intends to notify the Court and request that the proposed order issue immediately (albeit modified so that the production of records is to both the United States and the defendant). Such an order will be particularly appropriate in light of the short briefing and hearing schedule the court has set.

        Very truly yours,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  **/s/ Jack W. Pirozzolo**
     Jack W. Pirozzolo
     Assistant U.S. Attorney

cc:  Miriam Conrad, Esq. (via ECF)
     Elliot M. Weinstein, Esq. (via ECF)