**PIOTR LAZOWSKI, M.D., P.C.**

**PANAGIOTIS T. VLAGOPOULOS, M.D.**

NEPHROLOGY-HYPERTENSION-INTERNAL MEDICINE

225 WATER STREET, SUITE A146  PLYMOUTH, MA  02360

TELEPHONE (508) 747-4883   FAX (508) 747-6661

September 26, 2005

Miriam Conrad
Federal Defenders Office
Boston, MA

Dear Ms. Conrad:

Steven Sable is a patient of mine with a history of renal failure that has started on hemodialysis on March 29, 2005. He is currently incarcerated in the Plymouth County House of Correction.

He has a history of Diabetes Mellitus and Hypertension and has been on multiple medications on a daily basis. He has suffered from several blood infections due to infected dialysis catheter. The treatment consisted of admission to Jordan Hospital, intravenous antibiotics and removal of the dialysis catheter. Infections were probably caused by poor hygiene in the jail facility (taking showers and getting the catheter exit site wet). His last dialysis catheter was removed and now dialysis is performed via a fistula of the left arm. His renal function is not improving and he will need to continue hemodialysis.

Sincerely,

Piotr Lazowski, M.D.