UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10365-GAO |
| ) | |
| STEVEN SABLE ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
ENLARGE FILING DEADLINES

  Defendant, Steven Sable, hereby moves that this Court enlarge by one day the time for him to file his supplemental memorandum regarding the reopening of the detention hearing in this matter and proposed conditions of release, and enlarge by one day the time for the government to file its response.

  As grounds for this motion, undersigned counsel states that, this morning, she received a large volume of medical records regarding the defendant from Jordan Hospital. This material will take some time to review and digest. Therefore, undersigned counsel needs additional time to prepare the supplemental memorandum. In light of this request, undersigned counsel submits that a one-day extension for the government would be appropriate. If the instant motion is allowed, undersigned counsel will file her memorandum on Monday, October 3, and government counsel will file his response on Wednesday, October 5.

Assistant U.S. Attorney Jack Pirozzolo has stated that he assents to this motion.

>STEVEN SABLE
>By his attorney,
>
>/s/ Miriam Conrad
>
>Miriam Conrad
>   B.B.O. #550223
>Federal Defender Office
>408 Atlantic Ave., 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061