— Copy —

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.       ) | CRIMINAL NO. 04-10365-GAO |
| ) | |
| STEVEN SABLE       ) | |

### ORDER OF FUNDS FOR TRANSPORTATION

It is hereby ORDERED, pursuant to 18 U.S.C. § 4282 that:

The United States Marshal shall arrange for non-custodial transportation or furnish fare for transportation from Boston, Massachusetts to Huntington Beach, California for Steven Sable, upon his release from custody.

Leo T. Sorokin
United States Magistrate-Judge

Date: Nov. 29, 2005