UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STEVEN P. SABLE, | ) | CRIMINAL NO. 04-10365-GAO |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE DELAY**

The United States files this assented-to motion for excludable delay under Speedy Trial Act. To date, the following periods of time have been excluded by order of this Court:

- January 19, 2005 (date of arraignment) through February 16, 2005 (28 days from arraignment).

- February 16, 2005 through March 30, 2005 (initial status conference date).

- March 30, 2005 through April 19, 2005 (rescheduled initial status conference date).

- April 19, 2005 through April 26, 2005 (date of rescheduled initial status conference).

- April 26, 2005 through June 7, 2005 (date of interim status conference).

- June 7, 2005 through September 13, 2005 (date of further interim status conference).

- September 13, 2005 through November 29, 2005 (the date of the further interim status conference).

- November 29, 2005 through January 30, 2006 (the date originally set for

the next scheduled status conference).

The United States now moves to have the following additional time excluded:

January 31, 2006 through March 30, 2006 (the date of the rescheduled interim status conference).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with preparing his defense. A form order is attached at Tab A.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN |
| Assented to: | United States Attorney |
| STEVEN P. SABLE |  |
| Defendant | **/s/ Jack W. Pirozzolo** |
|  | Jack W. Pirozzolo |
| **/s/ Elliot M. Weinstein** | Assistant U.S. Attorney |
| Elliot M. Weinstein, Esq. | U.S. Attorney's Office |
| 228 Lewis Wharf | 1 Courthouse Way |
| Boston, MA 02110 | Boston, MA 02210 |
| Counsel for Steven P. Sable |  |

Date: February 7, 2006

**CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on February 7, 2006, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                                    **/s/ Jack W. Pirozzolo**
                                                    Jack W. Pirozzolo

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    v.                              )
                                    )
                                    )
STEVEN P. SABLE,                    )    CRIMINAL NO. 04-10365-GAO
                                    )
        Defendant.                  )
_____)

**<u>ORDER</u>**

The United States' Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the following time periods outweigh the best interests of the public and the defendant in a speedy trial:

    January 31, 2006 through March 30, 2006.

                                               _____
                                               Honorable Leo T. Sorokin
                                               U.S. Magistrate Judge

Dated: February ___, 2006