UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 04-10365-GAO |
| v. | ) | |
| | ) | |
| STEVEN P. SABLE, | ) | |
| Defendant. | ) | |

## STATUS REPORT
## FOR INTERIM STATUS CONFERENCE

The United States files this status report in connection with the interim status conference of the above-captioned matter scheduled for March 30, 2006:

1. At this time, the United States does not seek relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

2. The United States is not aware of any request by the defendant for discovery concerning expert witnesses under Fed. Crim. P. 16(a)(1)(E). The United States has no present intention of calling any expert witnesses in its case in chief. The United States will promptly inform the defendant if its intentions change in this regard.

3. The United States does not anticipate providing additional information related to a witness' criminal record. The United States does not anticipate providing additional discovery as a result of the receipt of information, documents, reports of examinations or tests. Also, to the extent witnesses provide additional documents during the course of trial preparation, any additional documents provided to counsel for the United States will be shared with opposing counsel promptly.

4. The United States does not request a motion date to be set under Fed. R. Crim. P. 12(c), and is unaware of that the defendant seeks such a date.

5. For purposes of the Speedy Trial Act, this Court has already excluded the time following the defendant's arraignment (January 19, 2005) to the date of the interim status conference (March 30, 2006). No unexcluded time has elapsed under the Speedy Trial clock to date. The United States requests the Court exclude in the interests of justice the period of time between the March 30, 2006 interim status conference and the next status conference in this matter.

6. It is too early to determine whether plea negotiations will resolve this case. Should this matter proceed to trial, the government anticipates that it would need eight trial days to present its case in chief.

7. Should defendant believe an interim status conference is appropriate, with a final status conference to be scheduled later, the United States will assent to the defendant's request, so long as the time period between conferences is excluded under the Speedy Trial Act.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    **/s/ Jack W. Pirozzolo**
    Jack W. Pirozzolo
    Assistant U.S. Attorney
    U.S. Attorney's Office
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA 02210

Date:  March 28, 2006

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on March 28, 2006, I served a copy of the foregoing by electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo
Assistant U.S. Attorney