UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
UNITED STATES OF AMERICA,     )
       )
   v.           )
       )
       )
STEVEN P. SABLE,      )     CRIMINAL NO. 04-10365-GAO
       )
    Defendant.    )

_____)

## ASSENTED-TO MOTION  FOR EXCLUDABLE DELAY

The United States files this assented-to motion for excludable delay under Speedy Trial

Act.  To date, the following periods of time have been excluded by order of this Court:

- January 19, 2005 (date of arraignment) through February 16, 2005 (28 days from arraignment).

- February 16, 2005 through March 30, 2005 (initial status conference date).

- March 30, 2005 through April 19, 2005 (rescheduled initial status conference date).

- April 19, 2005 through April 26, 2005 (date of rescheduled initial status conference).

- April 26, 2005 through June 7, 2005 (date of interim status conference).

- June 7, 2005 through September 13, 2005 (date of further interim status conference).

- September 13, 2005 through November 29, 2005 (the date of the further interim status conference).

- November 29, 2005 through January 30, 2006 (the date originally set for

the next scheduled status conference).

- January 31, 2006 through March 30, 2006 (the date of the rescheduled

  interim status conference).

The United States now moves to have the following additional time excluded:

March 31, 2006 through June 27, 2006 (the date of the final status conference).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested

additional time to review documents in connection with preparing his defense. A form order is

attached at Tab A.


                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
Assented to:                                            United States Attorney
STEVEN P. SABLE
Defendant                                               **/s/ Jack W. Pirozzolo**
                                                        Jack W. Pirozzolo
**/s/ Elliot M. Weinstein**                             Assistant U.S. Attorney
Elliot M. Weinstein, Esq.                               U.S. Attorney's Office
228 Lewis Wharf                                         1 Courthouse Way
Boston, MA 02110                                        Boston, MA 02210
Counsel for Steven P. Sable


Date: May 5, 2006

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jack W. Pirozzolo, hereby certify that on May 5, 2006, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

<u>**/s/ Jack W. Pirozzolo**</u>
Jack W. Pirozzolo

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
UNITED STATES OF AMERICA,            )
                                                          )
              v.                                         )
                                                          )
                                                          )
STEVEN P. SABLE,                             )          CRIMINAL NO. 04-10365-GAO
                                                          )
                     Defendant.                     )
_____)

**<u>ORDER</u>**

The United States' Motion For Excludable Delay is GRANTED.  For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the following time periods outweigh the best interests of the public and the defendant in a speedy trial:

March 30, 2006 through June 27, 2006.

_____
Hon. Leo T. Sorokin
U.S. Magistrate Judge

Dated: May __, 2006.