UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>STEVEN SABLE            ) | CRIMINAL NO. 04-10365-GAO |

<u>MOTION TO WITHDRAW</u>

Undersigned counsel, Miriam Conrad, hereby moves to withdraw as counsel for defendant, Steven Sable.

As grounds for this motion, undersigned counsel states that she was appointed at a time when the defendant was detained.  Her primary roles were to follow up with the Marshals and the Plymouth County Correctional Facility regarding Mr. Sable's medical treatment, and to pursue the possibility of Mr. Sable's release on conditions.

Since Mr. Sable has been released, undersigned counsel does not see any reason why she should remain in the case.  Undersigned counsel has conferred with CJA counsel, Elliot Weinstein, and he assents to this motion.

/s/ Miriam Conrad

Miriam Conrad
   B.B.O. #550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>Certificate of Service</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 13, 2006.

/s/ Miriam Conrad

Miriam Conrad