UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 04-10365-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN P. SABLE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' STATUS REPORT
FOR FINAL STATUS CONFERENCE**

The United States files this status report in connection with the final status conference of the above-captioned matter scheduled for June 27, 2006:

1. The United States is not aware of any outstanding discovery issues at this time.

2. The United States does not anticipate providing any additional discovery as a result of future receipt of information, documents, or reports of examinations or tests. The United States will promptly inform the defendant if its intentions change in this regard. The United States has not determined whether it will call an expert witness in this matter. The United States will promptly notify the defendant if it decides to call an expert witness.

3. The United States is not aware that the defendant intends to raise a defense of insanity or public authority.

4. The United States hereby requests a notice of alibi by the defendant.

5. The United States is unaware of any intention on the part of the defendant to file motions to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court.

6. For purposes of the Speedy Trial Act, this Court has already excluded the time following the defendant's arraignment (January 19, 2005) to the date of the final status conference (June 27, 2006). No unexcluded time has elapsed under the Speedy Trial clock to date. The United States requests the Court exclude in the interests of justice the period of time between the June 27, 2006 final status conference and the next event in this matter.

7. The defendant, through counsel, has stated that he will not agree to a plea. The United States requests that this matter be sent to the district court so that a trial date may be set. The United States anticipates that it will need eight trial days to present its case in chief.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


        **/s/ Jack W. Pirozzolo**
        Jack W. Pirozzolo
        Assistant U.S. Attorney
        U.S. Attorney's Office
        U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA 02210

Date:   June 26, 2006

## **CERTIFICATE OF SERVICE**

  I, Jack W. Pirozzolo, hereby certify that on June 26, 2006, I served a copy of the foregoing by electronic filing on counsel for the defendant.

                 **/s/ Jack W. Pirozzolo**
                 Jack W. Pirozzolo