```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     V.                     )   CRIMINAL NO. 04-10365-GAO
                            )
STEPHEN P. SABLE            )
     Defendant              )
```

### NOTICE OF APPEARANCE OF S. WAQAR HASIB

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                   By:   /s/ S. Waqar Hasib
                         S. WAQAR HASIB
                         Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:   /s/ S. Waqar Hasib
      S. WAQAR HASIB
      Assistant U.S. Attorney

Date: March 9, 2007