UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN P. SABLE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CRIMINAL NO. 04-10365-GAO<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion for excludable delay under Speedy Trial Act. The United States requests that the following time be excluded: April 23, 2007 (original trial date) through July 11, 2007 (the date of the next status conference). This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time in light of medical treatment he is receiving and the requested delay is in the interest of justice. A form order is attached at Tab A.

|  | Respectfully submitted, |
|---|---|
|  | MICHAEL J. SULLIVAN |
| Assented to: | United States Attorney |
| STEVEN P. SABLE |  |
| Defendant | **/s/ Jack W. Pirozzolo** |
|  | Jack W. Pirozzolo |
| **/s/ Elliot M. Weinstein** | Assistant U.S. Attorney |
| Elliot M. Weinstein, Esq. | U.S. Attorney's Office |
| 228 Lewis Wharf | 1 Courthouse Way |
| Boston, MA 02110 | Boston, MA 02210 |
| Counsel for Steven P. Sable |  |

Date: March 19, 2007

## CERTIFICATE OF SERVICE

    I, Jack W. Pirozzolo, hereby certify that on March 19, 2007 I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                              **/s/ Jack W. Pirozzolo**
                                              Jack W. Pirozzolo

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| STEVEN P. SABLE, | ) CRIMINAL NO. 04-10365-GAO |
| Defendant. | ) |

**ORDER**

The United States' Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the following time periods outweigh the best interests of the public and the defendant in a speedy trial:

April 23, 2007 through July 11, 2007.

_____
HONORABLE GEORGE A. O'TOOLE, JR.
U.S. District Judge

Dated: March ___, 2007