UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                            04-10365-GAO

STEVEN P. SABLE

MOTION TO SEAL PLEADINGS

Defendant Steven P. Sable, by his attorney, moves that this Court file under seal his ex parte motion for funds.

                                                  STEVEN P. SABLE
                                                  By his attorney,

                                                  /s/ Elliot M. Weinstein
                                                  Elliot M. Weinstein
                                                  BBO #520400
                                                  228 Lewis Wharf
                                                  Boston, MA 02110
                                                  617-367-9334