UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )   CRIMINAL NO. 04-10365-GAO
         v.                         )
                                    )
STEVEN P. SABLE,                    )
              Defendant.            )
_____)

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

     The United States files this assented-to motion for excludable delay under Speedy Trial Act. The United States requests that the following time be excluded: July 11, 2007 (status conference date) through September 10, 2007 (the date of the next status conference). This period is excludable under 18 U.S.C. § 3161(h)(8)(A). At the status conference on July 11, 2007, the defendant requested additional time in light of medical treatment he is receiving and the requested delay is in the interest of justice. He also assented to the filing of this motion. A form order is attached at Tab A.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN |
| Assented to: | United States Attorney |
| STEVEN P. SABLE |  |
| Defendant | **/s/ Jack W. Pirozzolo** |
|  | Jack W. Pirozzolo |
| **/s/ Elliot M. Weinstein** | Assistant U.S. Attorney |
| Elliot M. Weinstein, Esq. | U.S. Attorney's Office |
| 228 Lewis Wharf | 1 Courthouse Way |
| Boston, MA 02110 | Boston, MA 02210 |
| Counsel for Steven P. Sable |  |

Date: September 6, 2007

**CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on September 6, 2007 I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                                **/s/ Jack W. Pirozzolo**
                                                Jack W. Pirozzolo
                                                Assistant U.S. Attorney

**TAB A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )   CRIMINAL NO. 04-10365-GAO
                                    )
       v.                           )
                                    )
STEVEN P. SABLE,                    )
           Defendant.               )
_____)

**<u>ORDER</u>**

The United States' Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the following time periods outweigh the best interests of the public and the defendant in a speedy trial:

   July 11, 2007 through September 10, 2007.

                                        _____
                                        Honorble. George A. O'Toole, Jr.
                                        U.S. District Judge

Dated: _____ , 2007