UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                      04-10365-GAO

STEVEN P. SABLE

ASSENTED TO MOTION TO RESCHEDULE PROCEEDINGS

Defendant Steven P. Sable, by his attorney, moves that this Court reschedule proceedings scheduled for December 10, 2007 due to a family medical matter.

The parties propose rescheduling to December 12 or 13 at 2:00 p.m.

                    STEVEN P. SABLE
                    By his attorney,

                    /s/ Elliot M. Weinstein
                    Elliot M. Weinstein
                    BBO #520400
                    83 Atlantic Avenue
                    Boston, MA 02110
                    617-367-9334

December 3, 2007