```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-10222-MLW |
| | ) | |
| DAVID FAULCON | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW

The undersigned Assistant U.S. Attorney respectfully moves to withdraw from the above-referenced case. As grounds therefore, as of August 6, 2007, undersigned was transferred to the U.S. Attorney's Office for the Northern District of California. As such, the case is now being handled by Assistant U.S. Attorney William H. Connolly of the District of Massachusetts, who filed an appearance on July 25, 2007. (Docket No. 16).

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney
                                        Northern District of California

                       By:  /s/ S. Waqar Hasib
                            S. WAQAR HASIB
                            Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 27th day of November, 2007

|  |  |
|---|---|
|  | <u>/s/ S. Waqar Hasib</u> |
|  | S. WAQAR HASIB |
| San Francisco, California | Assistant U.S. Attorney |