```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10365-GAO |
| | ) | |
| STEPHEN P. SABLE, | ) | |
|     Defendant. | ) | |

**MOTION TO WITHDRAW**

The undersigned Assistant U.S. Attorney respectfully moves to withdraw from the above-referenced case. As grounds therefore, as of August 6, 2007, undersigned was transferred to the U.S. Attorney's Office for the Northern District of California. Assistant U.S. Attorney Jack W. Pirozzolo of the District of Massachusetts, who was originally assigned to this case and whose appearance has already been noted on the docket, will continue to represent the United States.

                                            Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney
                                            Northern District of California

                                By:  /s/ S. Waqar Hasib
                                            S. WAQAR HASIB
                                            Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 4th day of December, 2007

|  |  |
|---|---|
|  | <u>/s/ S. Waqar Hasib</u> |
|  | S. WAQAR HASIB |
| San Francisco, California | Assistant U.S. Attorney |