```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10365-GAO |
| | ) | |
| STEPHEN P. SABLE, | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW DOCKET NO. 72

The undersigned Assistant U.S. Attorney respectfully moves to withdraw the document filed as docket number 72, the Motion to Withdraw as Attorney, from the above-referenced case. As grounds therefore, undersigned states that docket number 72 refers to another case, and was filed in error. The corrected Motion to Withdraw as Attorney has been filed as docket number 73, and is pending before this Court.

```
                         Respectfully submitted,

                         SCOTT N. SCHOOLS
                         United States Attorney
                         Northern District of California

                    By:  /s/ S. Waqar Hasib
                         S. WAQAR HASIB
                         Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 4th day of December, 2007

                                      <u>/s/ S. Waqar Hasib</u>
                                      S. WAQAR HASIB
San Francisco, California     Assistant U.S. Attorney