✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                         MASSACHUSETTS

United States of America

**V.**                                      **APPEARANCE**

Steven P. Sable                        Case Number:   04-10365-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America.

I certify that I am admitted to practice in this court.

| December 12, 2007 | /s/ Carmen M. Ortiz |
|---|---|
| Date | Signature |

| Carmen M. Ortiz | 380390 |
|---|---|
| Print Name | Bar Number |

U.S. Attorney's Office,1 Courthouse Way, Suite 9200
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| 617-748-3159 | 617-748-3694 |
|---|---|
| Phone Number | Fax Number |