UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                              04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Steven P. Sable, by his attorney, moves that this Court modify his conditions of pre-trial release to "minimum supervision".

Mr. Sable is supervised by U.S. Pretrial Services Officer Camron Pitcher, Central District of California. Mr. Pitcher has informed me that based on Mr. Sable's medical condition, which includes dialysis treatment six days per week, that he is requesting Mr. Sable's supervision be reduced to "from routine to minimum supervision based on his medical condition"; and further that in the Central District of California this modification requires court order.

Accordingly, at the request of and with the assent of Camron Pitcher, Mr. Sable requests that pre-trial supervision be reduced to minimum supervision.

STEVEN P. SABLE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334