UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO DISMISS INDICTMENT

Defendant Steven P. Sable, by his attorney, moves that this Court dismiss the above

captioned indictment due to his medical condition- End Stage Renal Disease, Coronary Artery

Disease, Diabetes, and more.

In or about March, 2005, Mr. Sable was discovered in his cell at Plymouth County

Correctional Facility in a diabetic coma.  The PCCF officials had failed to provide him with his

necessary and proper medications.

Thereafter, Mr. Sable's health progressively deteriorated.  While still in pre-trial

detention he had renal failure.  This resulted in him requiring dialysis treatment of increasing

period and duration.

In November, 2005, this Court set conditions of pre-trial release enabling Mr. Sable to

resume living with his wife in Huntington Beach, California.

Mr. Sable is currently scheduled to return to Massachusetts for trial on October 8, 2008.

However, he has been advised by his physicians not to travel and to avoid stress inducing events.

Additionally, his cognitive deficit makes it impossible for him to properly participate in his

defense.

Mr. Sable's medical condition is real.  The attached letters from Doctors Gandhi,

Marwaha, Bhakta, Augustus, and Maistros and Nurse Anantiyo attest to the severity of his

condition.

Accordingly, Mr. Sable submits that his physical and mental status combine to require that this Court, in the interests of justice and human decency, dismiss this indictment.

Alternatively, Mr. Sable requests that trial be rescheduled.

STEVEN P. SABLE
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

August 25, 2008



# Ray Gandhi, MD, FACC
## Cardiovascular Diseases

January 24, 2008

Elliot Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110

**Re:** Steven P. Sable

Dear Mr. Weinstein:

This is regarding my patient, Steven Sable, who as you know has significant coronary artery disease. Due to his heart condition and also due to recent multiple surgeries, he is unable to travel to Boston and participate in long court hearing. Due to medical reasons, I have recommended him to not exert and avoid any situation that could potentially worsen his condition.

If you have any questions or concerns, please feel free to call me.

Sincerely,

Ray Gandhi, MD, FACC
RG/ma

DOD: 01/04/08
DOT: 01/05/08

Board Certified in Cardiovascular Diseases, Interventional and Nuclear Cardiology
355 Placentia Avenue, Suite 201, Newport Beach, CA 92663    Tel: (949) 515-4515  Fax: (949) 515-4508
11100 Warner Avenue, Suite 206, Fountain Valley, CA 92708  Tel: (714) 444-4041  Fax: (714) 434-3975
http://www.myhappyheart.net

**Tarun Marwaha, M.D.**
Diplomate American Board of Internal Medicine and Nephrology
Specialist in Kidney Diseases, Hypertension and Dialysis
11180 Warner Ave. Suite 465 Fountain Valley, CA 92708
Phone (714) 241-9200   Fax (714) 241-9109

February 6, 2008


Elliot Steven Weinstein, ESQ
83 Atlantic Avenue
Boston, MA 02110


RE:  SABLE, STEVEN

Dear Mr. Weinstein:

I am writing this letter at the request of my patient Steven Sable, who has asked me to provide a synopsis of his medical history and his current treatment protocols.  Mr. Sable was seen by myself back in November 2005 when he had presented to the Huntington Beach Emergency Room with missed dialysis. At that point, I assumed his nephrology care and provided him with dialysis treatments, which he receives three times a week.

Significant past medical history has included endstage renal disease (CKD stage V), which is dialysis dependent, coronary artery disease, and diabetes mellitus.  He receives dialysis three times a week on Monday, Wednesday, and Friday basis at a Dialysis Clinic in Westminster, California.  His treatments usually vary anywhere from three and a half to four hours.  He has to present to the clinic anywhere from half and hour to 45 minutes before the treatments, and after the treatment ends, he has to be in the clinic anywhere from another half an hour to one and a half hours depending on his control of bleeding through his AV fistula via which we access his body's circulation to put him on a dialysis machine.  He frequently gets swings in the blood pressure after dialysis, which can go extremely low and render him quite weak as well as predispose him to syncopal episodes.

Mr. Sable has had multiple surgeries, which have included an arteriovenous fistula reconstruction on his left arm.  He has also been under the care of Oromaxillofacial Surgery Department at University of California, Los Angles for removal of cranial tumor including development of a prosthetic device.  He has had eye lens surgery along with multiple other orthopedic surgeries including spinal fusion and shoulder surgeries.  Other significant medical problems include postoperative infection from his above surgeries requiring multiple antibiotic therapies.  Due to his above surgeries, his physical capacities have been diminished and he has required rehabilitation multiple times.

Routinely he follows with medical specialists including neurologist for his neuropathy and he is under the care of a cardiologist for his heart conditions, which have been listed as cardiac arrhythmias, myocardial infarction (heart attack), coronary artery disease, and congestive heart failure.  He takes multiple (up to 16) prescription medications which need to be taken on a schedule in order to prevent multiple interactions and in order to derive the best benefit of those medications.

Tarun Marwaha, M.D.

He is also required to attend to his dialysis on a very strict schedule and the days when his body swelling is more than usual, we do call him for extra treatments, which may go from four times a week to maximum of six times a week.

In summary, Mr. Sable's health is very tightly regulated by above constraints and he is advised to adhere to close medical followup with his medical team as well as dialysis schedule.

Any further questions that I could answer or if I could be of any help, I would be more than happy to answer.

Sincerely,

*[signature]*

TARUN MARWAHA, M.D.

SABLE, STEVEN



9842 Adams Avenue, Suite 102
Huntington Beach, CA 92648
Tel 714.963.2137

8700 Warner Avenue, Suite 140
Fountain Valley, CA 92708
Tel 714.847.6727

January 29, 2008

Mr. Elliot Weinstein, Esq.
83 Atlantic Avenue
Boston, MA 02110

Dear Mr. Weinstein,

My patient Steven Sable has asked me to provide a report of his medical history and prognosis for his on-going health care requirements.

I began seeing Mr. Sable in January 2006 as his primary care physician. His significant conditions at the time were: End Stage Renal Disease, Coronary Disease and Diabetes.

Mr. Stable has had numerous surgeries in 2006/2007. The surgeries include: fistula reconstruction, corrective eye surgery and lens implant to precede cranial tumor removal, removal of a cranial tumor; which included development of comprehensive prosthetic devices which required following by a maxillofacialist, repair and reconstruction of both shoulders and spine surgery; which required implantation of a titanium support mechanism. Further spine surgery is pending, subject to his ability to tolerate an additional procedure.

Mr. Sable's multiple underlying conditions cause him to be significantly more susceptible to infection, as witnessed following the tumor removal procedure. Mr. Sable then developed a near fatal post-operative infection, treated by massive infusion of antibiotics.

The antibiotics rendered Mr. Sable with hearing impairment, requiring the use of hearing aides in both ears.

Spine and shoulder surgeries have rendered Mr. Sable with reduced physical capacities and mobility.

A neurologist follows Mr. Sable for progressive diabetic neuropathy, pharmologically treated to prevent bilateral loss of extremities.

Mr. Sable is neurologically treated for progressive cognitive impairment, onset caused by dialysis and pharmological treatment of previous infections. Progressive cognitive impairment presents with increasing memory loss and inability to focus and concentrate.



9842 Adams Avenue, Suite 102
Huntington Beach, CA 92648
**Tel 714.963.2137**

8700 Warner Avenue, Suite 140
Fountain Valley, CA 92708
**Tel 714.847.6727**

Mr. Elliot Weinstein, Esq.
Page 2

A cardiologist follows Mr. Sable for: Congestive Heart Failure, Coronary Artery Disease, Arrhythmia, Heart Attack, and Low Blood Pressure.

A nephrologist follows Mr. Sable for End Stage Renal Disease for which he receives dialysis and awaits a kidney transplant. His dialysis treatment is increasing from 3 times per week to six times per week. Without dialysis, his life expectancy is seven days.

Mr. Sable's daily treatment includes (16) different renal, cardiac, and diabetic medications, requiring a precise delivery schedule to prevent diabetic complications coordinated with specific dietary requirements.

My medical opinion of Mr. Sable's health is one of an extremely fragile condition requiring focused care from multiple specialists. Without the care of such specialist his condition will rapidly degenerate.

I strongly advise travel away from his base of coordinated health care specialists and particularly any exposure to a stress-inducing process. The ramifications may be fatal to Mr. Sable.

Sincerely,

Dr. Ketan Bhakta M.D.

# West Coast Foot & Ankle

Associates Inc

Troy R. Leaming, DPM                    Kazuto H. Augustus, DPM

April 8, 2008

Re: SABLE, Steven

To Whom It May Concern:

Mr. Sable initially presented to my office in February 2008 for diabetic foot exam complaints of painful neuropathy. He is currently on the maximum dose of amitriptyline and gabapentin for his peripheral neuropathy. The dosage of these medications has been limited by his nephrologist because of concerns of renal insufficiency.

On physical exam he has decreased protective sensation with faintly palpable pedal pulses. He has positive findings for a neuroma on his left foot. He was placed in diabetic shoes with diabetic inserts to protect his feet and to off load his neuroma.

Should you have any questions regarding his treatment please hesitate to contact me.

Sincerely,

Kazuto H. Augustus, D.P.M.

6552 BOLSA AVE., STE. H
HUNTINGTON BEACH, CA 92647

OFFICE 714.897.9551
FAX 714.893.6519

**WCFAA.COM**

1760 TERMINO AVE., #309
LONG BEACH, CA 90804

OFFICE 562.986.6886
FAX 714.986.6885



**CARE CENTERS**

RAI-Goldenwest
15330 Goldenwest Street
Westminstr, CA 92683
tel:(714) 373-1543
fax:(714) 892-9615
www.renaladvantage.com

4/11/2008

To whom it may concern,

Steven Sable is now a Short Daily Home Hemodialysis using NxStage Machine. His Nephrologists prescribed for six days a week of Short Daily Home Hemo Therapy.

He and his wife have completed training and are approved for the treatment process. His equipment and supplies are in-place and approved for use as prescribed. He will continue to be monitored by RAI Home Nurse and his nephrologists during monthly clinics.

Should you have any questions please contact his Nephrologists Dr. Tarun Marwaha or Dr. Jodhka Joginder at (714) 241-9200.

Respectfully,

*waraporn Anantiyo.*

Waraporn Anantiyo, RN, BSN

Region 3 Home Program Director

Phone (714) 906-4645



# *Paul Maistros, M.D.*
## *Neurology & Sleep Disorders Medicine*

April 21, 2008

Elliot Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110

RE: Steven P. Sable

To Whom It May Concern:

This information was released at the request of my patient Mr. Steven Sable.

I have attended Mr. Sable from November 20, 2007 till present. He is suffering from Diabetic Neuropathy which is gradually worsening, causing un-refreshing sleep and pain. Additionally he has Obstructive Sleep Apnea which causes excessive sleepiness and cognitive impairment. Present treatment has offered only partial resolution of the symptoms and he is experiencing side effects from the medications.

In my opinion, Mr. Sable's condition is very fragile. Exposure to stress could easily destabilize him completely. The cognitive deficit makes him a very poor candidate for mental challenges of any nature. Travel to Boston for a court appearance would be detrimental for his health at this stage.

Please do not hesitate to contact my office should you have any additional questions.

Sincerely,

Paul Maistros, M.D.

---

11160 Warner Ave., Ste. 121
Fountain Valley, CA 92708

**All Correspondence To:**
**P.O. Box 20139**
**Fountain Valley, CA**
**92728-0139**

Tel. (714) 437-1246
Fax (714) 437-1354

**Steven P. Sable**
17172 Bolsa Chica Street
Unit 51
Huntington Beach, CA 92649
714 398 9361
kidneypi@gmail.com

*My Fault on the wrong b xpone[?] etc. sfc.*

April 28, 2008

Elliott Weinstein
228 Lewis Warf
Boston, MA 02110

Elliott,

I enclose the final (3) letters from my health care providers addressing my current physical condition and their respective positions against my attending a trial in Boston.

You now have multiple documents from qualified physicians stating, on record, that I am unable to participate in the trial, now set for October 2.

All conditions listed and described are both chronic and are increasing in severity.

This is what you requested in terms of medical documentation to end this matter. No additional documentation will be forthcoming.

Please use you skills and this information to put and end to it all.

*Steven*

Steven