UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                      04-10365-GAO

STEVEN P. SABLE

DEFENDANT'S MOTION TO RESCHEDULE TRIAL

Defendant Steven P. Sable, by his attorney, moves that this Court reschedule trial now set

for October 7, 2008.

As reasons therefor, undersigned counsel states that he was recently diagnosed with

pancreatic cancer that requires him to undergo major surgery on September 10, 2008.  Counsel

has been advised to anticipate two week hospitalization at Brigham and Women's Hospital,

Boston, Massachusetts followed by approximately one month home recuperation, and follow up

treatment of approximately four months at Dana Farber Cancer Institute, Boston, Massachusetts.

Counsel has been advised that it is likely he will not be able to return to his customary work until

early 2009.

Accordingly, Mr. Sable requests that his trial be continued and that his counsel be

permitted to report to the Court regarding the status of his health on or about December 6, 2008.

STEVEN P. SABLE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334